## MATTHEWS v. DONOVAN.

*Simmons, C. J.*—The question whether or not an injunction should be granted depending upon the meaning of a written lease which was in its terms ambiguous, and the evidence offered *pro* and *con* to show what its real meaning was being conflicting, this court will not overrule the discretion of the trial judge in denying the injunction. While some of the evidence offered in behalf of the prevailing party may not have been strictly relevant and legal, it cannot be definitely determined from the bill of exceptions whether the trial judge considered and acted upon the same or not.     *Judgment affirmed.*

June 12, 1896. By two Justices. Argued at the last term

Petition for injunction. Before Judge Smith. Montgomery county. January 17, 1896.

*J. H. Martin* and *W. L. Clarke*, for plaintiff.